IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON YONAI,

      Petitioner,                  No. CIV S-08-0191 JAM KJM P

  vs.

MR. WALKER, et al.,

      Respondents.         <u>ORDER</u>

_____/

        Respondents filed a motion to dismiss on June 30, 2000.  On July 31, 2008, respondents filed a request to withdraw their motion and a request for a thirty day extension of time to file an answer.  Good cause appearing, IT IS HEREBY ORDERED that:

/////
/////
/////
/////
/////
/////
/////

1

1. Respondents' request to withdraw their June 30, 2008 motion to dismiss ( #12) is granted;

2. Respondents' June 30, 2008 motion to dismiss (#10) is withdrawn;

3. Respondents' request for an extension of time to file their answer is granted; and

4. Respondents' answer shall be filed within thirty days of this order.

DATED:  August 7, 2008.

_____
U.S. MAGISTRATE JUDGE

yona0191.wit

2